Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **DOE-24.20.14.171,** <br><br> Defendant. | Case No.: 6:15-cv-00911-ST <br><br> CERTIFICATE OF SERVICE <br><br> PLAINTIFF'S MOTION FOR LEAVE TO ISSUE FRCP 45 SUBPOENA TO NON-PARTY; DECLARATION; EXHIBIT 1 |

CERTIFICATE OF SERVICE

I, Drew P. Taylor, counsel for plaintiffs, certify service of Plaintiff's Motion for Leave to Issue FRCP 45 Subpoena to Non-Party, Declaration in Support, and Exhibit 1, by mailing a true copy this day to the subscriber identified by Comcast as responsible for IP address 24.20.14.171.

DATED: July 27, 2015

                                                *s/ Drew P. Taylor*
                                                Drew P. Taylor, OSB No. 135974